# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) C.A. No. 22-mc-308-CFC |
| | ) |
| ALDRICH PUMP LLC, et al., | ) Underlying Case No. 20-30608 (JCW) |
| | ) (U.S. Bankruptcy Court Western |
| Debtors. | ) District of North Carolina) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Respondents Aldrich Pump LLC and Murray Boiler LLC to respond to Third-Party Asbestos Trusts' Motion to Quash or Modify Subpoenas (D.I. 1) is extended through and including August 22, 2022.

IT IS FURTHER STIPULATED AND AGREED that the deadline for the Third-Party Asbestos Trusts to file their Reply Brief is extended through and including September 6, 2022.

| | |
|---|---|
| */s/ Beth Moskow-Schnoll* | */s/ Kelly E. Farnan* |
| Beth Moskow-Schnoll (#2900) | Kelly E. Farnan (#4395) |
| Tyler B. Burns (#6978) | Richards, Layton & Finger, P.A. |
| Ballard Spahr LLP | One Rodney Square |
| 919 N. Market Street, 11th Floor | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 252-4465 | (302) 651-7700 |
| moskowb@ballardspahr.com | farnan@rlf.com |
| burnst@ballardspahr.com | |

*Attorneys for Respondents Aldrich Pump LLC and Murray Boiler LLC*

*Attorneys for Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust; The Babcock & Wilcox Company Asbestos PI Trust; Celotex Asbestos Settlement Trust; DII Industries, LLC Asbestos PI Trust; Federal-Mogul Asbestos Personal Injury Trust; Flintkote Asbestos Trust; Owens Corning / Fibreboard Asbestos Personal Injury Trust; Pittsburgh Corning Corporation Asbestos Personal Injury Settlement Trust; United States Gypsum Asbestos Personal Injury Settlement Trust; and WRG Asbestos PI Trust*

Dated:  August 8, 2022

SO ORDERED this ___ day of _____, 2022.

_____
Chief United States District Judge